George B. Hewlett, Appellant, v. Anna C. Seaman and Others, Respondents. —Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Frederick F. Ingram & Company, Respondent, v. John H. Cottier and William Chubbock, Appellants, Impleaded with Another, Defendant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that the evidence shows that Finch's indebtedness to the plaintiff was for an overdraft on his personal account for commissions and not for the purposes of the business which Finch was prosecuting for the plaintiff, and hence not within the terms or contemplation of the bond. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

In the Matter of the Application of Frank H. Boyer, Appellant, for a Mandamus against the Brotherhood of Painters, Decorators and Paperhangers of America, Respondent.— Order affirmed, without costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

In the Matter of the Petition of Beckie Finkelstein, Respondent, to Revoke and Cancel Liquor Tax Certificate No. 8,468, Issued to Martha Mullins, Appellant, at 5123 Third Avenue, in the Borough of Brooklyn, City of New York. Maynard N. Clement, as State Commissioner of Excise, and William Watson, as Special Deputy Commissioner of Excise for the Borough of Brooklyn, City of New York, Respondents.— Order and judgment reversed, and petition dismissed, with costs to the appellant in this court and in the court below, upon the ground that the decision was against the weight of the evidence. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of Margaret Kane, Deceased, Late of the Borough of Queens, in the City of New York, County of Queens. Patrick J. Gallagher, a Devisee and Sole Executor Named in the Last Will and Testament of Margaret Kane, Deceased, Appellant; Mary Ryan and Others, Respondents.— Decree of the Surrogate's Court of Queens county affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

In the Matter of the Application of Louise Hartshorne Leeds, Appellant, for an Order Directing the Board of Supervisors of Nassau County, Respondent, to Refund Certain Taxes, etc.— Order of the County Court of Nassau county affirmed, without costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

John Gillies Company, Respondent, v. Quinn & Smith, Incorporated, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Wilhelm Knauth and Others, Copartners, Doing Business under the Firm